UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Arthur Lee Jones,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Southern Nevada Correctional Center, *et al.*,<br><br>　　　　Defendants. | Case No. 2:22-cv-02021-APG-EJY<br><br>**ORDER** |

　　　　On December 5, 2022, Plaintiff submitted an application to proceed *in forma pauperis*. ECF No. 1. Plaintiff's submission failed to include a complaint.

　　　　Federal Rule of Civil Procedure 3 states that "[a] civil action is commenced by filing a complaint with the court." Nevada Local Rule LSR 2-1 states that "[a] civil-rights complaint filed by a person who is not represented by an attorney must be submitted on the form provided by this court or must be legible and contain substantially all the information called for by the court's form." Thus, to commence a civil action, Plaintiff, who is pro se, must submit his complaint on the form provided by the Court.

　　　　Accordingly, IT IS HEREBY ORDERED that on or before **February 23, 2023**, Plaintiff must file a complaint.

　　　　IT IS FURTHER ORDERED that failure to file a complaint on or before **February 23, 2023**, will result in a recommendation to dismiss this action **without prejudice**. A dismissal without prejudice allows Plaintiff to file his case with the Court, under a new case number, when he can file a complaint.

　　　　IT IS FURTHER ORDERED that the Clerk of the Court will send Plaintiff the approved form for filing a 42 U.S.C. § 1983 complaint and instructions for the same.

　　　　Dated the 23rd day of January, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　ELAYNA J. YOUCHAH
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE